NOT FOR PUBLICATION                                                CLOSED

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| LANDY INTERNATIONAL, <br><br> Plaintiff, <br><br> v. <br><br> EURO CLASSICS, INC. et al., <br><br> Defendants. | Civil Action No.: 07-962 (JLL) <br><br> ORDER |

On November 25, 2009, Magistrate Judge Cecchi issued an Order in this case permitting the withdrawal of Plaintiff's counsel. In her Order, she noted that Plaintiff is a corporate entity and must be represented by a member of the bar. She gave Plaintiff thirty days to obtain substitute counsel and warned that if counsel had not entered an appearance by the end of the thirty day period, the Complaint may be dismissed. On January 6, 2010, Plaintiff's former counsel requested thirty additional days for Plaintiff to obtain new counsel. Magistrate Judge Cecchi granted this request on January 11, 2010. Well more than thirty days has passed and no appearance by new counsel on behalf of Plaintiff has been entered.

Accordingly, it is on this _12_ day of April, 2010,

**ORDERED** that the Complaint in this matter is dismissed. The Clerk of the Court shall close the file in this matter.

José L. Linares,
United States District Judge